**Original filed 10/2/06**

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN ANTONY ROMAYOR | ) | No. C 06-3147 JF (PR) |
| Petitioner, | ) | ORDER OF DISMISSAL |
| vs. | ) | |
| STATE OF CALIFORNIA, | ) | |
| Respondent. | ) | |

On May 10, 2006, Petitioner filed this pro se habeas corpus petition pursuant to 28 U.S.C. § 2254.  On that same day the Court sent a notification to Petitioner informing him that he had neither paid the filing fee nor submitted a completed application for leave to proceed in forma pauperis.  The Court provided a copy of the correct form for application to proceed in forma pauperis, along with a return envelope, instructions, and a notification that the case would be dismissed if Petitioner failed to pay the fee or file the supporting documentation within thirty days.  As of the date of this order, Petitioner has not responded.

\\\

\\\

\\\

1  Accordingly, this case is DISMISSED without prejudice for Petitioner's failure to pay the

2  filing fee or file a completed in forma pauperis application.  The Clerk shall close the file.

3     IT IS SO ORDERED.

4  DATED: _____10/2/06_____

                                 JEREMY FOGEL

5                                   United States District Judge

1   A copy of this ruling was mailed to the following:

2

3   John Antony Romayor
    1104 Elanor Manor Lane # 4
    San Jose, CA  95128

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28